IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CR-65-FL

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| v. | ) |
| | ) **STAY ORDER** |
| | ) |
| DANIEL HERNANDEZ SANCHEZ, | ) |
| | ) |
| Defendant. | ) |

This case comes before the court on the government's oral motion, made at proceedings in this case earlier today, to stay release of defendant pending resolution of the motion (D.E. 23) it has now filed, pursuant to 18 U.S.C. § 3145(a)(1), for revocation of the Order Setting Conditions of Release ("Release Order") (D.E. 8) entered by the undersigned on 10 March 2011. The court finds that entry of a stay would facilitate the timely and efficient resolution of the review sought by the government, without undue prejudice to defendant, and that the motion to stay should be allowed.

IT IS THEREFORE ORDERED that the government's motion to stay is GRANTED. The release of defendant pursuant to the Release Order is hereby STAYED pending resolution of the government's motion.

SO ORDERED, this 25th day of March 2011.

James E. Gates
United States Magistrate Judge