UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED IN OPEN COURT
ON 10/3/11
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

vs.

DANIEL HERNANDEZ-SANCHEZ

Case No: 5:11-CR-65-1H

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on October 3, 2011 be turned over to Special Agent William McLane to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 8 | Ammunition |
| 7 | Gun |

This 3rd day of October, 2011.

_____
MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____