AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____Eastern_____ DISTRICT OF _____North Carolina_____

UNITED STATES OF AMERICA

V.

DANIEL HERNANDEZ-SANCHEZ

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:11-CR-65-1H

    The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judge

Honorable Malcolm J. Howard    Senior US Judge
Name of Judge    Title of Judge

10/4/2011
Date